AO 91 (Rev. 11/11) Criminal Complaint

| | | | |
|---|---|---|---|
| AUSA: | Tara Hindelang | Telephone: | (313) 226-9543 |
| Special Agent: | Robert J. Schmitz | Telephone: | (313) 965-2323 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Dale Jarrett Graham

Case No.

Case: 2:24−mj−30383
Assigned To : Unassigned
Assign. Date : 9/5/2024
Description: RE: DALE JARRETT GRAHAM (EOB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 3, 2024__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A | Attempted receipt of child pornography |
| 18 U.S.C. § 2422(b) | Coercion and enticement of a minor |
| 18 U.S.C. § 875 | Transmission of interstate threats |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
Complainant's signature

Robert J. Schmitz, Special Agent (FBI)
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __September 5, 2024__

_____
Judge's signature

City and state: __Detroit, Michigan__

Hon. David R. Grand, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Robert J. Schmitz, being first duly sworn, hereby depose and state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation (FBI). I am an "investigative or law enforcement officer of the United States" within the meaning of Title 18, United States Code, Section 2510(7), and I am empowered by law to conduct investigations and make arrests for offenses enumerated under federal law.

2. I have been employed as a Special Agent with the FBI since 2016 and am currently assigned to the FBI Detroit Division. My current duties include investigating federal criminal violations related to child exploitation, child pornography, and human trafficking. I have gained experience through training at the FBI Academy, post Academy training, and everyday work related to conducting these types of investigations. I also consult with numerous other agents and law enforcement officers, including those that have worked on child exploitation investigations for many years.

3. This affidavit is made in support of a criminal complaint and arrest warrant charging DALE JARETT GRAHAM with violations of 18 U.S.C. § 2252A (attempted receipt of child pornography), 18 U.S.C. § 875 (transmission of interstate threats), and 18 U.S.C. § 2422(b) (coercion and enticement of a minor).

1

4. The facts and information contained in this affidavit are based on my own investigation, information provided by Special Agents and Task Force Officers and analysts with the FBI, other law enforcement officers, and my experience, training, and background.

5. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant, I have not included every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause for the requested warrant.

## PROBABLE CAUSE

6. On March 3, 2024, a Boonville, Indiana mother called 911 to report a Snapchat user (SCUser1) for threatening her 14-year-old daughter (MV-1). Boonville Police Officers responded to the mother's residence and spoke with MV-1.

7. MV-1 stated that SCUser1 had "quick added" her on Snapchat a few weeks earlier. After a period of conversing, SCUser1 eventually sent MV-1 messages asking her for nude pictures, despite MV-1 telling SCUser1 that she was fourteen years old. When MV-1 refused to send nude pictures, SCUser1 threatened to kill her, rape her, and harm her family. Along with these messages, SCUser1 sent MV-1 a picture of a black Taurus handgun and two magazines and claimed to know where MV-1 lived.

8. MV-1 provided law enforcement with screenshots of some of the messages that she had saved with SCUser1. Later investigation shows that the conversations occurred around February 26 to February 29, 2024. MV-1 also stated that she saw SCUser1's face one time, but she did not have a screenshot.

9. In the screenshots shared by MV-1, SCUser1 stated:

- "It's not us so can gtfo at this point I just wanted you for nudes when u ain't sending hey"
- "Stay hurt i'll have my people track yo ip address and pay more niggas to rape u [100% emoji]"
- "U deserved it slut look how u dress I hope more grown man rape a little 14 year old whore like u"
- "So imma have to just get your address and get that pretty pussy in person then okay that sounds like a deal… Ill probably leave $1000 on your dresser after we fuck"
- "You not gonna stop it… Just let me fill your pretty pussy with my cum and I'll leave"

3

10.     In another exchange, SCUser1 sent MV-1 a picture of a gun, seen below, and stated: "You'll do what I want don't worry about [i]t… I'll see u soon…" MV-1 replied: "No," but SCUser1 replied: I got the address don't worry about it… See u shortly babes." MV-1 asked SCUser1 how he got her address and reiterated that she was 14 years old, but SCUers1 answered: "All it took was a couple simple ass nudes that would have stay between us don't worry how tf I got it my girls get me and figure out what I want."



11. SCUser1 also told MV-1: "So youd really rather watch your family get harmed cuz and possibly killed and u get raped instead of taken a few pictures of your body like u always do anyways… ??... Okay I'll just be there soon."

12. MV-1 subsequently provided additional account information for SCUser1 to the Boonville police. With all the information from MV-1, Boonville police obtained a State search warrant for Snapchat for account information related to SCUser1.

13. The search warrant return received from Snapchat verified SCUser1's display name, indicated that the username was created on November 11, 2023, using email address gXXXXXs422@gmail.com, showed a previous username for the account, and provided the birthdate that the user gave as XX/XX/2000. Further, the return provided law enforcement with the IP address used when the account was created as XX.XXX.XXX.206. The transactional data also showed that SCUser1 used an Apple iPhone 12 to engage in Snapchat communications with MV-1, and that IP address XX.XXX.XXX.206 was one of the primary IP addresses used by SCUser1 to access Snapchat during February and March 2024.

14. The search warrant return also contained images from the "memories" files of SCUser1. Based on those images – particularly one of a person riding a

5

bicycle past a car with a Michigan license plate, numerous images of the same white male with brown hair in a bowl cut, brown eyes, a beard and a mustache, and a Michigan State shirt – law enforcement determined that SCUser1 most likely lived in Michigan.

15. MV-1 identified the male in SCUser1's memory photographs as the man who sent her the requests for nude images and threatening messages.

16. Law enforcement then sought to identify SCUser1 through account information provided by Google for the gXXXXX422@gmail.com email address and Comcast related to IP addresses. From the information received, officers determined that SCUser1 likely lived at a particular address in Westland, Michigan.

17. Contact between Boonville police and police in Livonia, Michigan led to the development of a possible suspect with the first name "Dale." An open-source Facebook search for DALE GRAHAM led to Boonville police recognizing a profile picture from DALE JARETT GRAHAM's profile as the man in SCUser1's Snapchat search warrant return and the person identified by MV-1.

18. I conducted further research into GRAHAM and observed that his Michigan driver's license is registered to the address in Westland, Michigan referenced in the information received from Comcast.

6

19. Further, GRAHAM was convicted in May 2023 of State charges relating to child sexually abusive activity and using a computer/internet to commit a crime and is a registered sex offender in the State of Michigan, with his primary address registered at the Westland address.

20. On September 5, 2024, Special Agents and Task Force Officers of the FBI executed a federal search warrant at the Westland address. During the search, Special Agents located and seized electronic devices associated with GRAHAM, including an Apple iPhone. Agents also located and seized a pair of black and white Nike flip flop sandals matching some depicted in several of GRAHAM's threatening messages sent to MV-1. Agents also identified GRAHAM's bedroom, which closely resembles the background of GRAHAM's threatening pictorial messages to MV-1.

21. In a post-Miranda interview, GRAHAM confirmed that he used to have Snapchat but claimed that he hasn't used it in approximately four months. He also confirmed that SCUser1 was one of the names he used on Snapchat, and when shown several screenshots of the messages sent to MV-1, confirmed that he took the Snapchat photographs containing the threatening messages in his bedroom. GRAHAM also stated that he remembered getting angry when MV-1 refused to send him nude photographs and he confirmed that he sent the threatening Snapchat messages to MV-1. GRAHAM also confirmed that he sent MV-1 the photograph

7

of a gun, which he downloaded and saved, however, he denied owning a gun. Graham was shown the picture of the black Taurus handgun that he sent to MV-1 and he confirmed that this was the same photograph that he had saved in his phone.

## CONCLUSION

22. Based on the foregoing, I believe probable cause exists that DALE JARETT GRAHAM violated 18 U.S.C. § 2252A (attempted receipt of child pornography), 18 U.S.C. § 875 (transmission of interstate threats), and 18 U.S.C. § 2422(b) (coercion and enticement of a minor).

Respectfully submitted,

_____
Robert J. Schmitz, Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my presence
and/or by reliable electronic means.

_____
Honorable David R. Grand
United States Magistrate Judge

September 5, 2024

8